1 The People of the State of Colorado, Plaintiff-Appellee, v. Arnulfo Romero JR, Defendant-Appellant. No. 18CA2456
Court of Appeals of Colorado, Third Division
November 10, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Adams
 County District Court No. 17CR161 Honorable Mark D. Warner,
 Judge
 
 
 
 OPINION
 
 
 
 GRAHAM, JUDGE [*]
 
 
 JUDGMENT
 AFFIRMED
 
 
 
 Lipinsky and Brown, JJ., concur
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]
 Sitting by assignment of the Chief Justice under provisions
 of Colo. Const. art. VI, § 5(3), and § 24-51-1105,
 C.R.S. 2020.
 
 
 ---------